# Defense Exhibit A

Case: 1:25-cr-00350 Document #: 10-1 Filed: 07/31/25 Page 2 of 2 PageID #:26



ahvacare

July 21, 2025

**To Whom It May Concern,**

Margarito was a devoted and compassionate son who played a vital role in caring for his father, Jose, during his time in our facility until his passing. Jose suffered from dementia, which at times caused him to become combative with staff and caregivers. In these difficult moments, Margarito was often the only person who could successfully calm and redirect his father.

His calm, patient, and empathetic approach had a significant impact on Jose's ability to receive care. Margarito's presence not only brought his father comfort but also enabled the care team to perform necessary treatments more effectively. For example, when Jose was reluctant to allow routine blood draws, Margarito was consistently able to gently reassure and encourage him, allowing the phlebotomist to complete their work without distress.

Margarito's involvement was essential to his father's well-being. His unwavering support and presence made a meaningful difference in the quality of care Jose received, and we are deeply grateful for the compassionate partnership he demonstrated with our team.

Sincerely,

Nancy Contreras/Iris Partida
Admission Director
Ahva Care of Stickney
(708) 484-7543