# Defense Exhibit B

Griselda Diaz -Ex-wife of Margarito Carmona Ramos

7/27/25

Dear Judge,

I am writing this letter on behalf of my ex-husband, Margarito Carmona-Ramos. Though we are no longer married, I have known Margarito for 29 years, and I feel compelled to offer a perspective on his character and why I believe leniency in the form of deportation, rather than incarceration, would serve the interests of justice and humanity.

Margarito has always been a hardworking, respectful, and devoted father to our 3 children, Dominique, Brianna and Josue Carmona. Although we didn't work out, he was the best man I could've chosen for my kids. He worked nights, days and weekends to provide. After getting off work, he would take his kids to and from school even up until the day he was taken from us. He did what he could to encourage them to reach for the sky and aspire to be whatever you want to be. Even after our separation, he remained actively involved in our children's lives, providing emotional and financial support whenever possible. He is not a threat to society; rather he is someone who made a desperate decision out of love and a desire to support and be near his family.

I understand the laws of this country, but I also believe that each case deserves individual consideration. Margarito is remorseful for his actions and has expressed to me many times that he accepts responsibility. However, he is not a danger to the community, and incarceration would only separate him from his loved ones and reduce his ability to be a present parent for his children.

Deportation, while painful, would allow Margarito the second chance to rebuild his life in his home country without the burden of a prison sentence. He no longer has physical, emotional or mental caretaking for his father as he once sacrificed his time, safety, and wellbeing for his parents. He has family support in Mexico and our children are old enough and capable of traveling to be with their father. Margarito has expressed his willingness to start over and never to return.

I ask you, with great sincerity, to consider his character and allow him to be deported without serving time. He is not a criminal-he is a man who made a choice driven by love and need, not malice. Thank you for taking the time to consider this letter and the person behind the case number.

Respectfully,

Griselda Diaz

*[signature]*