# Defense Exhibit C

Margarita Farrell

847-401-2960

To Whom it May Concern:

I, Margarita have worked with Margarito Carmona at Clear Lam Packaging, Thermoforming division. There, he was a supervisor in the Extrusion department. I was the Human Resources Generalist for that division.

I have known him to be a fair and decent supervisor with all employees in his department. Always punctual and worked along side his employees. Employees regarded him as a good and fair supervisor and would go the extra mile for him.

I have known Margarito for approximately five plus years in and out of work. He is a very nice and kind human being, always willing to help you in your need of support. I consider Margarito a very dear friend.

Please give him the consideration that of being a kind, generous, decent, and tax paying person. He is not what you would call gang affiliated person but a very decent, family orientated person. I would vouch for him in a minute.

Let me know should there be anything else I can do.

Sincerely,

Margarita Farrell