Defense Exhibit D

Wardell Taylor

Unit Manager

Pactiv Evergreen

July 15, 2025

To Whom It May Concern,

My name is Wardell Taylor, and I had the privilege of serving as Margarito Carmona's direct manager at Pactiv Evergreen for over three years. During that time, Margarito held the role of Production Supervisor and proved to be one of the most dependable, effective, and respected leaders on our team.

I am fully aware that Margarito is currently in federal custody pending an indictment. I am not writing to speak on the legal matters, but rather to share my personal and professional experience working closely with him. I believe it is important for the court to understand the type of individual Margarito has been in a professional setting.

Margarito consistently demonstrated integrity, professionalism, and leadership in a challenging manufacturing environment. He showed genuine care for his team members, often going above and beyond to support their growth and ensure their safety and success on the floor. His ability to lead through both routine operations and difficult situations was a key asset to our department, and his presence made a lasting impact on both our people and our results.

Perhaps most importantly, Margarito earned the respect of everyone around him—not by authority alone, but by his example. He showed up every day with a strong work ethic, a calm demeanor, and a solutions-first attitude that uplifted the culture around him.