# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

UNITED STATES OF AMERICA

Plaintiff,

v.

Margarito Carmona Ramos

Defendant.

Case No.: 1:25−cr−00350
Honorable Manish S. Shah

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 7, 2025:

MINUTE entry before the Honorable Manish S. Shah: Detention hearing held. For the reasons stated in open court, defendant's motion for release from custody [10] is granted. Enter Appearance Bond. Enter Order Setting Conditions of Release. Pretrial services has 2 business days after defendant's release to install the location monitoring technology. The parties' status report remains due 9/3/25 with time excluded through 9/5/25 [9]. Notices Mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.