UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MARGARITO CARMONA RAMOS | 25 CR 350<br><br>Honorable Manish S. Shah |

**GOVERNMENT'S UNOPPOSED MOTION TO DISMISS INDICTMENT**

The UNITED STATES OF AMERICA, by ANDREW S. BOUTROS, United States Attorney for the Northern District of Illinois, respectfully moves, pursuant to Federal Rule of Criminal Procedure 48(a), to dismiss the indictment returned against defendant MARGARITO CARMONA RAMOS on July 17, 2025, because defendant was removed from the country on or about August 20, 2025 as a result of deportation proceedings. Defense counsel does not oppose the government's motion.

Respectfully submitted,

ANDREW S. BOUTROS
United States Attorney

By: */s/ Michael Maione*
MICHAEL MAIONE
Assistant U.S. Attorney
219 South Dearborn St., Rm. 500
Chicago, Illinois 60604
(312) 353-5300

Dated: August 26, 2025